**DENY and Opinion Filed December 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00532-CV**

**IN RE STEFANIE HENDERSON, Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-05757**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In her July 1, 2021 petition for writ of mandamus, relator challenges the trial court's order granting real party in interest's bill of review. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and the record, we conclude that relator has failed to show a clear abuse of discretion. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Having denied the petition, we also deny relator's December 2, 2021 emergency motion for stay as moot.

/Craig Smith/
CRAIG SMITH
JUSTICE

210532F.P05